

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00012-CV

---

**MARTAVIA JOHNSON, APPELLANT**

**V.**

**DHFC THE BRISCOE APARTMENTS LLC, APPELLEE**

---

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court No. CC-25-08238-E, Honorable Kerry Fitzgerald, Presiding

---

May 20, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Martavia Johnson, proceeding pro se, appeals from the trial court's *Final Judgment*.[1]  Appellant's brief was originally due April 10, 2026, but was not filed.  By letter of April 17, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by April 27, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


Per Curiam